Rudie A. Jaramillo G07678
Name and Prisoner/Booking Number

CSP-Sacramento
Place of Confinement

P.O. Box 290066
Mailing Address

Represa, CA 95611
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────────────┐
│           FILED                 │
│                                 │
│        Jan 12, 2022             │
│                                 │
│   CLERK, U.S. DISTRICT COURT    │
│ EASTERN DISTRICT OF CALIFORNIA  │
└─────────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Rudie A. Jaramillo
(Full Name of Plaintiff)        Plaintiff,

v.

(1) Corrections Officer T. Tappan,
(Full Name of Defendant)

(2) R. Ehlers

(3) Faye

(4) Lieutenant Manes
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-00075-EFB (PC)
       (To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Sacramento _____.

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: T. Tappan . The first Defendant is employed as:
Correction Officer II at Sacramento .
   (Position and Title)                         (Institution)

2. Name of second Defendant: R. Ehlers . The second Defendant is employed as:
Corrections Officer at CSP Sacramento .
   (Position and Title)                         (Institution)

3. Name of third Defendant: Faye . The third Defendant is employed as:
Disposition Officer at CSP- Sacramento .
   (Position and Title)                         (Institution)

4. Name of fourth Defendant: Manes . The fourth Defendant is employed as:
Lieutenant at CSP Sacramento .
   (Position and Title)                         (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Rudie Jaramillo v. J. Burnes et. al.
      2. Court and case number: Eastern District of California, 1:21-CV-00712-AWI-JL
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) It is still pending. Will probably be dismissed but Iu win on appeal.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 28 U.S.C § 1343 (a); 42 USC. § 1983, 8th Amendment Cruel and Unusual;

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities          ☐ Mail               ☐ Access to the court      ☐ Medical care
☑ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion     ☐ Retaliation
☑ Excessive force by an officer  ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 3-27-20 Plaintiff's Rudie Anthony Jaramillo at 4:30 to 5:00 pm was in his assigned cell B3128 at CSP Sacramento. Dinner had been served and trash and tray pick up are being done on lower tier specifically by Defendant F. Tappan who's on duty as a Correctional Officer and Correctional Officer J. Kuczmanski was also on duty. Def. Tappan was pushing the tray cart down the tier toward cell 128 alone due to his partner Kuczmanski leaving to get bags for trash. Defendant Tappan opened the tray slot (15in wide 5 to 4in high) barely enough to fit the tray through, Plaintiff noticed the def. staring intently at the tray slot and gave the empty tray to def. Plaintiff then told Def Tappan he had trash to throw out and leaned back and down to grab the trash off the floor holding the edge of the tray slot. Defendant Tappan Proceeded to pull out his baton and repeatedly beat in a hammer like motion with bottom of the 5lb baton, plaintiffs right hand which was holding the edge of the tray slot to keep his balance. The Defendant intently trying to harm Plaintiff beat on his hand 6 times before the plaintiff could pull away from the Defendants assault.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Plaintiff recieved a Broken finger (middle), multiple lacerations needing stitches, Deep bone & tissue bruising in fingers and knuckles. Plaintiff has medical issues and pain and suffering from def.'s actions, and will likely have issues for life effecting :

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim I?          ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?          ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## E. REQUEST FOR RELIEF

State the relief you are seeking:

The beating and deliberate indifference to medical needs violated plaintiffs Rudie Jaramillo's rights and constituted cruel and unusual punishment under the eighth Amendment to the U.S. Constitution. Plaintiff respectfully request the court enter a judgment granting plaintiff: A declaration that the acts and omissions described herein violated plaintiffs rights. Compensatory damage in the amount of 250,000 against each defendant jointly and severally. Punitive damages in the amount of 10,000 against each defendant. A jury trial on all issues triable by jury. Plaintiffs Cost in suit and filing, Any additional relief this court deams proper and just, for future medical bills and pain & suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1.4.22___  
DATE

_Rudie Jaramillo_  
SIGNATURE OF PLAINTIFF

_____  
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____  
(Signature of attorney, if any)

_____  
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

-MAILED

DEC - 3 2021

# THIRD LEVEL APPEAL DECISION

Date:     October 27, 2021

In re:    Jaramillo, Rudy G07678
          SAC

TLR Case No.: 2010521
Local Log No.: SAC-20-01516

## I.   ISSUE ON APPEAL:

Appellant alleges misconduct (excessive force) by custody staff at California State Prison - Sacramento (SAC) on March 27, 2020.

## II.   CONTROLLING AUTHORITY:

### A.   CONTROLLING AUTHORITY:

- California Penal Code 832.7 and 832.8
- California Code of Regulations, Title 15, (CCR) Section 3084.9(A) and 3391
- Departmental Operations Manual (DOM) Section 33030.3.1 and 54100.25

### B.   DOCUMENTS CONSIDERED:

- CDCR 602 Appeal Form Log No.: SAC-20-01516
- Confidential Supplement Attachment "C" to appeal SAC-20-01516
- Institutional Executive Committee Allegation Review dated April 21, 2020

## III. FINDINGS:

The Office of Appeals (OOA) found by a preponderance of the documented evidence available that applicable policies were followed and that all relevant decisions and actions by the institution were proper relative to the staff complaint. The allegation of staff misconduct presented in the written complaint was reviewed and completed at the institution (SAC). The inquiry included a review of the evidence, an evaluation of any interview conducted and a review of current laws, policies and procedures. All staff personnel matters are confidential in nature. The inquiry was completed and it was found that staff **did not** violate policy with respect to the issue appealed. The Second Level appeal was partially granted in that an inquiry was completed and has been reviewed. The Office of Appeals Examiner reviewed the confidential inquiry (Attachment C) dated May 5, 2020. The institution's response complies with departmental policy and the appellant's staff complaint allegation was properly addressed.

## IV. CONCLUSION AND ORDER: DENIED

After a thorough review of all documents and evidence, it is the order of the Office of Appeals that the appeal at the Third Level of Review is **DENIED**. This decision exhausts the administrative remedies available to the appellant with CDCR.

W. SINKOVICH, Appeals Examiner
Office of Appeals
cc:     Grievance Coordinator, SAC

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 602 (Rev. 03/12)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 2010521 | SAC-B-20-01516 | | ① |
| | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Jaramillo Rudie | CDC Number: G07678 | Unit/Cell Number: B3 126 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

Excessive force/Staff Complaint

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 3.27.20 I was giving my dinner tray to C/O Tappin and went to give him my trash and he was never in danger 'cause the slot was barely open then clozed on my hand barely able to fit the tray threw and I told him

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I request C/O tappin be dismissed for his prior assaults and this one, And compensation for my injurys. I have bad pain in my knuckle and finger and know C/O Tappin will attack me for Appealing this incident I request he be investigated

**Supporting Documents:** Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

medical are documented        Sgt morales did a interview video
RVR is documented        with me on 3.28.20 and another

☐ No, I have not attached any supporting documents. Reason : _____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted: 4.20.20

**REC BY OOA**
**MAY 22 2020**

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?  ☑ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter) Date: _____

☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
        (Print Name)

Reviewer: _____ Title: _____ Signature: _____
        (Print Name)

Date received by AC: _____

Sent to UOF/AIA

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

~~BYPASS~~

Inmate/Parolee Signature: _____          Date Submitted : _____

**E. Second Level - Staff Use Only**                         Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review

Assigned to:  J. Aguon          Title:  LT      Date Assigned: 4-23-20    Date Due: 5/15/2020

Second Level Responder: Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview:  5/4/2020              Interview Location:  FB8 block Rotunda

Your appeal issue is:  ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer:  J. Aguon      Title: LT      Signature: _____      Date completed : 5/5/2020
                  (Print Name)

Reviewer:  J. LYNCH      Title: W(A)      Signature: _____
               (Print Name)

Date received by AC:  5/18/20

AC Use Only
Date mailed/delivered to appellant  5/18/20

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

I am not satisfied with partialy granted I requested the C/O be dismissed & to be compensated for my broken finger and a Omission of his actions, by him. And I didn't say the cameras under the stairs caught everything I said there should be cameras under the stairs to see better than have a mishap and the camera be blocked.

Inmate/Parolee Signature:  Rudie Jaramillo          Date Submitted:  5-18-20

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☑ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☑ Denied  ☐ Other: _____
     See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant  DEC - 3, 2021

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

~~BYPASS~~
error

Print Staff Name: _____   Inmate/Parolee Signature: _____   Date: _____
                   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A  (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side I**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 2010521 | SAC-B-20-01514 | | ① |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Jaramillo Rudie | G07678 | B8 126 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** I got trash at that time he began
to use his baton in a hammer strike to repeatedly try to break my
hand or fingers. My hand had been on the slot while I gathered my
trash to give to him and he struck my hand with intent to harm me.
He broke my knuckle and finger of my middle finger. I got cuts on the
bottom of my middle finger due to having my hand on the slot and
being struck. In the RVR for battery on a Peace Officer he claims I grabbed
and held his hand.

Inmate/Parolee Signature: *Rudie Jaramillo*     Date Submitted: 4·20·20

REC BY OOA

MAY 2 2 2020

**B. Continuation of CDCR 602, Section B only (Action requested):** and reprimanded, reassigned to a yard.

Inmate/Parolee Signature: *R. Jaramillo*     Date Submitted: 4-20-20

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A   (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____ **Date Submitted:** _____

**F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____ **Date Submitted:** _____

Template Date 4/4/2012
State of California

Attachment E-2
Department of Corrections and Rehabilitation

# Memorandum

Date:   May 5, 2020

To:     Jaramillo, G07678
        B Facility 8-block cell 126L

Subject:   **STAFF COMPLAINT RESPONSE - APPEAL # SAC-B-20-01516   SECOND LEVEL RESPONSE**

**APPEAL ISSUE:**  The appellant claims on Friday, March 27, 2020, Officer T. Tappan was collecting evening dinner trays. The appellant was attempting to give Officer Tappan his trash and dinner tray through the food port. The appellant handed Officer Tappan his dinner tray and had his hand on the tray slot while he gathered his trash. The appellant's hand was struck with the intent to harm by Officer Tappan's utilizing his baton. The appellant suffered injuries as a result of this incident and a Rules Violation Report was written, charging the appellant for Battery on a Peace Officer, because Officer Tappan claims the appellant grabbed and held his hand.

**DETERMINATION OF ISSUE:** The appellant's allegation of staff misconduct has been reviewed by the Hiring Authority. As a result, the review was referred for an appeal inquiry.

**SUMMARY FOR APPEAL INQUIRY:**
A review of the Test of Adult Basic Education (TABE) list reveals the appellant has a TABE score of 9.4 available. The appellant's Developmental Disability Program code is Normal Cognitive Functioning (NCF), indicating he does not require adaptive support services. The appellant's Disability Placement Program code is Non-Applicable. Lieutenant J. Agnone noted the appellant spoke English and was able to answer questions related to this appeal where the appellant did not appear to have any difficulty communicating and did not display any misunderstanding of the appeal issues.

On May 4, 2020, the appellant was interviewed by Lieutenant Agnone regarding his allegation. The appellant was asked by Lieutenant Agnone if he had any further or new information to add to the appeal. The appellant reiterated what was authored on the appeal and stated afterwards "The cameras in the unit under the stairs saw everything. Officer Tappan might have been blocking the cameras view, but he didn't say anything, no orders and I never grabbed his hand."

**An Appeal Inquiry has been conducted and reviewed by the Hiring Authority.** The following individual was interviewed: Correctional Officer T. Tappan. As a result of the appellant's staff misconduct allegation, the following information was reviewed: CDCR-602 Inmate/Parolee Appeal, Incident Report Tracking (IRT) # 4672, Use of Force video interviews, Audio Video Surveillance Systems (AVSS) and Strategic Offender Management System (SOMS). Staff did not violate CDCR policy with respect to the issues raised.

Page 2

**FINDINGS:**

This appeal is PARTIALLY GRANTED in that an Appeal Inquiry into the appellant's allegation has been conducted.

**ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.** As such, the details of any inquiry or investigation will not be shared with staff, members of the public, or offender appellants. Although the appellant has the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If the appellant wishes to appeal the decision, a staff complaint appeal must be submitted through all levels of appeal review up to, and including, the Secretary's Level of Review. Once a decision has been rendered at the Third Level, the appellant's administrative remedies will be considered exhausted.

Name J. Agnone          Signature                          5/5/2020
          Interviewer                                       Date
Name                    Signature                          5/14/20
          Hiring Authority                                  Date

Appeal Log Number: SAC-B-20-01516

CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# RVR SUPPLEMENTAL

| CDC NUMBER G07678 | INMATE'S NAME JARAMILLO, RUDY A. | FACILITY SAC-Facility B | LOG NUMBER 000000006985623 | DATE 06/18/2020 |
|---|---|---|---|---|

◯ SUPPLEMENTAL REPORT  ◉ INVESTIGATIVE REPORT  ◯ STAFF ASSISTANT REPORT

On 06/15/2020, I, Correctional Officer, T. MCCOARD, was assigned the duties as the Investigative Employee for CDC-115 Log #: 6985623, in regards to Inmate JARAMILLO (G-07678). I informed JARAMILLO of my assignment, and that my role as I.E. is as fact finder for the Senior Hearing Officer. I informed JARAMILLO that I would interview all requested witnesses. I also explained to JARAMILLO, that questions, which were irrelevant to that investigation, duplicate in nature, or solicited personal opinion, would not be asked. Inmate JARAMILLO stated that he had no objection to my serving in this capacity.

Inmate JARAMILLO was NOT assigned a Staff Assistant due to having a TABE score above 4.0.

DEFENDANT'S STATEMENT: On 06/15/2020, Inmate JARAMILLO (G-07678) was interviewed regarding the charges against him and provided the following statement, "I never grabbed his hand. I have injuries on the top and bottom of my hand, so how would I have those injuries if I grabbed his hand. I also have some questions for you too."

REPORTING EMPLOYEE'S STATEMENT: On 06/16/2020, the Reporting Employee, Correctional Officer, T. TAPPAN, was interviewed regarding the incident and they provided the following statement, "JARAMILLO grabbed my hand through the food port, so I struck his hand with my baton."

QUESTION FOR OFFICER T. TAPPAN:
Q1) Did you fear for your life?
A1) No

Q2) Did you hit your hand on the steel door tray slot at any time?
A2) SHO deemed no relevant

Q3) Why did you open the slot all the way?
A3) SHO deemed no relevant

Q4) Can I hold you in place with 1 hand
A4) SHO deemed not relevant

Q5) Did you try to block the cameras?
A5) No

The Employee had no more relevant information to provide in this matter.

QUESTIONS FOR PT ROSALES:

Q1) Did I have injuries on both sides of his hand?
A1) SHO deemed not relevant, refer to 7219

Q2) Could that injury happen if his hand was placed on the steel door?
A2) SHO deemed not relevant

Q3) Could that injury happen on C/O Tappan's skin/hand?
A3) SHO deemed not relevant

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| CSP-SAC | B8 Rotunda | 3/27/2020 |

REASON FOR REPORT  ☐ ALLEGATION  ☐ ON THE JOB INJURY  ☑ USE OF FORCE  ☐ INJURY  ☐ OTM RETURNS
☐ UNUSUAL OCCURRENCE  ☐ PRE AD/SEG ADMISSION  ☐ R&R  ☐ OTHER

| NAME LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| Jaramillo | Rudy | BO 1678 | | |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| B8-128 | 3-27-2020 | 1720 | 1740 | 1743 | N/A |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"I was battered." "I was hit by a baton for no reason"

| INJURIES FOUND? YES / NO | |
|---|---|
| Abrasion/Scratch | ① |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | ④ |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | ⑨ |
| Swollen Area | ⑩ |
| Pain  10/10 | ⑪ |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Pre-Existing | 16 |
| Other | 17 |
| | 18 |

| Chemical Agent Exposure? | YES /NO |
|---|---|
| Chem. Agent Exposure Area | EX |

Decontaminated w/ Water?
YES / NO / REFUSED

Decontaminated w/ Air?
YES / NO / REFUSED

Self-decontamination Instructions given ?  YES / NO

Staff issued Exposure packet ?  YES / NO

Q 15 min. check times

| Initial | 1st Check |
|---|---|
| 2nd Check | Final |

Right   Left

Front   Back

TIME/DISPOSITION
1748 Released to Custody

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| Rosales  RN | 1102607 | S/M | B43/LTRN |

* Auth (Verified) *

J. Hearst Welborn, Jr., MD                          # G-07678                    May 13, 2020
1700 San Pablo Avenue  Suite F  Pinole, CA  94564                               Page 1
5107244600  Fax:                                                               Consultation Report

**RUDY JARAMILLO**                                                  Office: 9169858810
Male  DOB: 05/12/1989                    10812

**05/13/2020 - Consultation Report: R MF prox phal fx**
**Provider: John H Welborn MD**
**Location of Care: J. Hearst Welborn, Jr., MD**

May 13, 2020

, MD

Re: Orthopedic Consult for RUDY JARAMILLO

Dear Dr. ,

**History of Present Illness:**
I saw RUDY JARAMILLO in the office today for an initial visit. He is a 31 years old man with the complaint
of: injured R MF when hit by baton on 3-27-20.  tx w xrays and splint.   has pain and stiffness now.

**Past History**
**Past Medical History:** bipolar, hep c.
med amitript. sulindac, venlafaxine, carb.
3-30-20 xray R hand MF prox phal fx nondisplaced transv fx.  5-13-20 xray R MF prox phal fx w callus
and ext ang 5-10 deg.
**Surgical History:** R IF tender repair 2005 w loss of DIP ext

Hand/Fingers Exam

Rt. Hand
Comments: MF min tender at prox phal.  has full ext and lack of full flex by 5 mm tip to palm

**Assessment**
**Problem List Updates for today's visit**
1. Added Displaced fracture of proximal phalanx of right middle finger, initial encounter for closed fracture
(ICD-816.01)
**Additional Assessment**
R MF prox phal fx w min ang and partially healed

**Plan**
**Orders for today's visit**
1. Ordered 99204-Office Visit, New Level 4 [CPT-99204]
2. Ordered X-Ray, Hand, minimum 3 views [CPT-73130]
3. Ordered Closed treat phalangeal shaft Fx, finger/thb [CPT-26720]

**Order Comments:** rec dc splint

**\* Auth (Verified) \***

J. Hearst Welborn, Jr., MD                                                                    *May 13, 2020*
1700 San Pablo Avenue. Suite F  Pinole, CA  94564                                             *Page 2*
5107244600  Fax:                                                                              Consultation Report

**RUDY JARAMILLO**                                                                            Office: 9169858610
Male  DOB: 05/12/1989                                        10812

rom excercises

fu 2 mos

**Electronically signed by John H Welborn MD on 05/13/2020 at 12:48 PM**

**SAC - California State Prison, Sacramento**
Prison Road
Represa, CA 95671-

# HEALTH CARE SERVICES

**Patient:** JARAMILLO, RUDY ANTHONY
**DOB/Age/Sex:** 5/12/1989   31 years   Male
**Encounter Date:** 2/25/2020
**Attending:** Dhillon,Amandeep P&S

**CDCR #:** G07678
**PID #:** 11614661
**Referring:**

---

## *Diagnostic Radiology*

---

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER STATUS |
|---|---|---|---|
| | 6/22/2020 08:16 PDT | XR HAND RIGHT-3 VWS | Dhillon,Amandeep P&S   Auth (Verified) |

**Report**

PATIENT NAME:  RUDY JARAMILLO
MRN:  11614661
DOB:  05/12/1989
ACCOUNT:  10000001911614661G07678
ORDERING PHYSICIAN:  A. Dhillon
Service Date:  06/22/2020

EXAMINATION: Right hand three views.

CLINICAL HISTORY: Fracture.

COMPARISON: 5/5/2020.

FINDINGS: A subacute, healing fracture of the third proximal phalanx is present with interval callus formation. Old fractures are present at the bases of the first and fifth metacarpals. No additional fracture is identified. Posttraumatic degenerative changes are seen within the wrist. The visualized soft tissues are unremarkable.

IMPRESSION:

1. Subacute, healing fracture of the third proximal phalanx.

Electronically Signed by: DGoller, MD

Date Signed: 6/22/2020 8:16 AM

---

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER STATUS |
|---|---|---|---|
| | 5/5/2020 08:52 PDT | XR HAND RIGHT-3 VWS | Hlaing,Min P&S   Auth (Verified) |

**Report**

PATIENT NAME:  RUDY JARAMILLO

---

Report Request ID:  30580857                    Print Date/Time:  7/7/2020 12:55 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:      **JARAMILLO, RUDY ANTHONY**
DOB/Age/Sex: 5/12/1989  / 31 years    / Male         CDCR: G07678

---

### *Diagnostic Radiology*

---

## Report
MRN:  11614661
DOB:  05/12/1989
ACCOUNT:  10000001911614661G07678
ORDERING PHYSICIAN:  M Hlaing
Service Date:  05/05/2020

EXAMINATION: Right hand three views.

CLINICAL HISTORY: Fracture.

COMPARISON: 3/30/2020.

FINDINGS: A subacute, healing fracture of the third proximal phalanx is present
with interval callus formation. Mild dorsal angulation appears to be present.
Old, well-healed fractures of the first and fifth metacarpals are seen. No
additional fracture is identified. The joint spaces are well-preserved. Mild
soft tissue swelling persists.

IMPRESSION:

1. Subacute, healing fracture of the third proximal phalanx.

Electronically Signed by: DGoller, MD

Date Signed: 5/5/2020 8:52 AM

---

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
|  | 3/30/2020 09:44 PDT | XR HAND RIGHT-3 VWS | Son,Monivirin P&S | Auth (Verified) |

## Report

PATIENT NAME:  RUDY JARAMILLO
MRN:  11614661
DOB:  05/12/1989
ACCOUNT:  10000001911614661G07678
ORDERING PHYSICIAN:  M Son
Service Date:  03/30/2020

CLINICAL INDICATION: 3-27-20 TTA note - Right hand injury and laceration post
altercation 3-27-20
COMPARISON: None
TECHNIQUE: 3 right hand radiographs.

---

Report Request ID:    30580857                    Print Date/Time:  7/7/2020 12:55 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

| Patient: | **JARAMILLO, RUDY ANTHONY** | |
|---|---|---|
| DOB/Age/Sex: | 5/12/1989   / 31 years     / Male | CDCR: G07878 |

---

### *Diagnostic Radiology*

---

**Report**

FINDINGS: Nondisplaced transverse fracture along the base of the third proximal phalanx. Otherwise stable posttraumatic changes and arthropathy. Soft tissue swelling.

IMPRESSION: Third proximal phalanx fracture.

Electronically Signed by: MLaufik, MD

Date Signed: 3/30/2020 9:44 AM

---

Report Request ID:     30580857                                   Print Date/Time:   7/7/2020 12:55 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:     **JARAMILLO, RUDY ANTHONY**
DOB/Age/Sex:   5/12/1989  / 31 years     / Male          CDCR: G07678

---

| *Progress Notes* |
| --- |

I/P seen at TTA for wound care to right hand. s/p right hand injury and 1 cm lacerations from post altercation 3-27-20. I/P seen by Dr Son at same day and had sutures on 3rd finger of dorsum and ventral site.

I/P stated swelling is not getting better and c/o pain and tightness from swelling on injured site. Slightly redness noted to suture site but no discharge noted. Dr Bellum notified and Bactrim ordered. Ibuprofen ordered for pain.

First dose given in TTA. I/P was instructed to keep his right arm elevated to reduce swelling. I/P verbalized understanding. 4-6-20 Suture removal pending. 3-30-20 X-ray right hand pending with RN follow up as scheduled. RTC in stable condition..

Electronically Signed on 03/29/2020 01:19 PM PDT

---

Cho, Grace RN, RN

---

Document Type:                     Outpatient Progress Note
Document Subject:                   RAP Note
Service Date/Time:                  6/18/2020 11:29 PDT
Result Status:                      Auth (Verified)
Perform Information:                Dhillon,Amandeep P&S (6/18/2020 11:54 PDT)
Sign Information:                   Dhillon,Amandeep P&S (6/18/2020 12:04 PDT)
Authentication Information:         Dhillon,Amandeep P&S (6/18/2020 12:04 PDT); Dhillon,
                                    Amandeep P&S (6/18/2020 12:04 PDT)

RAP Note

The pt was not seen due to Covid outbreak. I did the chart review.

Special cuffing  was given last year due to ulnar fracture which is already healed and special cuffing has expired on 06/21/2019.I updated 7410.
He already has seen orthopedic specialist in May 2020 who recommended range of motion of exercises for his finger so no need of finger brace.  He is already on tablet sulindac for his pain relief.  He does not need any wrist brace because the fracture to his ulna was in May 2019 and has healed.
The bottom bunk chrono have been issued in the past due to fracture ulna and now he does not qualify for bottom bunk chrono.

Encounter Info: Patient Name: RUDY JARAMILLO,DOB: 05/12/1989,CDCR: G07678,FIN: 1000001911614661G07678,Facility: SAC,Encounter Type: Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  30516747                          Print Date/Time:   7/3/2020 09:37 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:   **JARAMILLO, RUDY ANTHONY**
DOB/Age/Sex:   5/12/1989  / 31 years   / Male              CDCR: G07678

---

## *Progress Notes*

---

Document Type:                          Outpatient Progress Note
Document Subject:                       Office Visit Note
Service Date/Time:                      4/15/2020 10:34 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Hlaing,Min P&S (4/15/2020 10:39 PDT)
Sign Information:                       Hlaing,Min P&S (4/15/2020 10:39 PDT)
Authentication Information:             Hlaing,Min P&S (4/15/2020 10:39 PDT)

### Chief Complaint
Right finger fracture episodic care.

### History of Present Illness

Patient is a 30-year-old gentleman with past medical history of chronic hepatitis C, bipolar disorder who had a fight and injured her right middle finger on 3/27/20.. Patient is scheduled today because he still has significant pain and also PCP request for referral to specialist was denied.

Patient was given a splint but he is not wearing it.. Patient states that with the splint he cannot write and he cannot do his laundry.. He is complaining of 7-9 out of 10 pain. Stating that his ibuprofen is not helping.

### Review of Systems
HEENT: no significant headaches, or new problems with vision, smell, or taste
Cardiovascular: no chest pain
Pulmonary: No SOB or wheezing.
Gastrointestinal: No dysphagia, abdominal pain, diarrhea, or constipation
Genitourinary: No urinary hesitancy, incontinence, or dysuria

### Physical Exam

**Vitals & Measurements**
T: 37.1 °C (Oral) HR: 88 (Peripheral) RR: 16 BP: 115/72 SpO2: 100%
WT: 83.3 kg WT: 83.3 kg (Wt dosing)
Focused exam: Right middle finger is slightly swollen compared to the other fingers. Range of motion and metacarpal phalangeal joint is limited secondary to pain. Capillary refill is normal sensory intact

### Assessment/Plan
Finger fracture, right
   Chest x-ray findings reviewed as follow:

   service Date: 03/30/2020

### Problem List/Past Medical History
Ongoing
   Antisocial personality disorder
   Bipolar disorder, unspecified
   Borderline personality disorder
   Chronic constipation
   HCV (hepatitis C virus)
   Intermittent explosive disorder
   Unspecified depressive disorder
Historical
   No qualifying data

### Medications
**Active Medications:**
1-OXcarbazepine 600 mg Tab (Trileptal) 1,200 mg 2 tab Oral BIDAM+PM DOT
amitriptyline  25 mg 1 tab Oral Once a day at bedtime DOT
ibuprofen  400 mg 1 tab Oral TID NA PRN: pain
Refresh Tears Soln-Opth 15 mL (0798-15) (ocular lubricant preserved Sol (Systane))  1 drop Both eyes TID-KOP KOP PRN: dry eyes
1-venlafaxine ER 150 mg Cap-ER (venlafaxine extended release)  300 mg 2 cap Oral qAM DOT

### Allergies
No Known Medication Allergies

### Social History
Alcohol
   Former, Started age 3 Years.
Employment/School
   Previous employment/school: IP stated that his employment hx includes selling drugs. He mentioned that he worked in the kitchen while incarcerated. IP was expelled from school in the 8th or 9th grade.. Highest education level: Some

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  30516747                          Print Date/Time:  7/3/2020 09:37 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:     **JARAMILLO, RUDY ANTHONY**
DOB/Age/Sex:  5/12/1989  / 31 years     / Male            CDCR: G07878

## *Progress Notes*

CLINICAL INDICATION: 3-27-20 TTA note - Right hand injury and laceration post altercation 3-27-20
COMPARISON: None
TECHNIQUE: 3 right hand radiographs.

FINDINGS: Nondisplaced transverse fracture along the base of the third proximal phalanx. Otherwise stable posttraumatic changes and arthropathy. Soft tissue swelling.

IMPRESSION: Third proximal phalanx fracture.

Electronically Signed by: MLaufik, MD  [1]

Explained to the patient on x-ray finding and importance of keeping the splint on.  Asked RN to apply splint again. Will give sulindac for pain control.  His PCP referred patient to hand surgeon.  I agree with Dr. Sahota that hand surgeon is not indicated.  Order should be fine.  RFS placed for orthopedic surgery.  Explained to the patient at length.
Orders:
Request for Orthopedic Surgery.

High School. Behavioral Problems in School Yes. Special Education Classes No.
Exercise
Home/Environment
    Living with family, friends Lives with:, Alcohol abuse in household: Yes. Substance abuse in household: Yes. Smoker in household: Yes. Injuries/Abuse/Neglect in household: No. Type of injury/abuse: Physical abuse, emotional abuse, sexual abuse, Have you ever been emotionally abused: Yes. Have you ever been physically abused: Yes. Is your life in immediate danger: Yes. Feels unsafe at home: No. Safe place to go: Yes, Agency(s)/Others notified: No. Family/Friends available to help: No. Concern for family members at home: No. Concerns over TV/Computer/Game use: No.
Nutrition/Health
    Diet description: None. Caffeine intake amount: 2 large cups a day.. Diet restrictions: None. Wants to lose weight: No. Sleeping concerns: No. Feels highly stressed: Yes.
Other
Sexual
    History of sexual abuse: Yes. First active at age: 6 Years. Orientation Heterosexual. Sexual behaviors: None.
Substance Abuse
    Current Occasional, Marijuana, Methamphetamines, Started age 5 Years. IV drug use: Yes. Drug use interferes with work/home: No. Ready to change: No.
Tobacco
    Former, Cigarettes, Use Type: Packs. Started age 5 Years. Previous treatment: None. Ready to change: No. Concerns about tobacco use in household: No.

**Family History**
    Drug abuse: Negative: Mother. Psychosis: Aunt/ Uncle.

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  30516747                    Print Date/Time:  7/3/2020 09:37 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:     **JARAMILLO, RUDY ANTHONY**
DOB/Age/Sex:  5/12/1989  / 31 years     / Male          CDCR: G07678

---

### *Progress Notes*

RN co consult

Patient had injury to right hand last Friday.  He was evaluated in TTA and x-ray was ordered.  It was done today and result came back as below.  For this reason patient was called me on this patient.  Since this is nondisplaced fracture that no realignment indicated.  Patient was be placed on splint.  Follow-up with RN and follow-up with PCP in 2 to 3 weeks.

ervice Date:  03/30/2020

CLINICAL INDICATION: 3-27-20 TTA note - Right hand injury and laceration post
altercation 3-27-20
COMPARISON: None
TECHNIQUE: 3 right hand radiographs.

FINDINGS: Nondisplaced transverse fracture along the base of the third proximal
phalanx. Otherwise stable posttraumatic changes and arthropathy. Soft tissue
swelling.

IMPRESSION: Third proximal phalanx fracture.

Electronically Signed by: MLaufik, MD  [1]

**Encounter Info: Patient Name: RUDY JARAMILLO,DOB: 05/12/1989,CDCR: G07678,FIN: 10000001911614661G07678,Facility:
SAC,Encounter Type: Institutional Encounter**

[1] XR HAND RIGHT-3 VWS; 03/30/2020 09:44 PDT

---

Document Type:                              Outpatient Progress Note
Document Subject:                           On call note
Service Date/Time:                          3/29/2020 15:46 PDT
Result Status:                              Auth (Verified)
Perform Information:                        Bellum,Venugopal P&S (3/29/2020 15:47 PDT)
Sign Information:                           Bellum,Venugopal P&S (3/29/2020 15:47 PDT)
Authentication Information:                 Bellum,Venugopal P&S (3/29/2020 15:47 PDT)

**History of Present Illness**
On-call note.

TTA RN called regarding patient presented with pain in the right hand.
Had a laceration repair done to the hand a few days ago.
RN noticed that there was some mild redness and was concerned about possible infection.
No drainage no discharge
Patient reports pain.

Possible infection
Start Bactrim

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  30516747                          Print Date/Time:  7/3/2020 09:37 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SAC - California State Prison, Sacramento

Patient:    **JARAMILLO, RUDY ANTHONY**
DOB/Age/Sex:  5/12/1989  / 31 years    / Male         CDCR: G07678

| *Progress Notes* |
| --- |

Ibuprofen PRN for pain
Follow-up with PCP/RN for wound check and further assessment and management the
following day.
Return back to TTA for any worsening of symptoms.

**Encounter Info:** Patient Name: RUDY JARAMILLO,DOB: 05/12/1989,CDCR: G07678,FIN: 1000000191614661G07678,Facility:
SAC,Encounter Type: Institutional Encounter

Document Type:                          Progress Note-Psych Tech
Document Subject:                       Hand pain
Service Date/Time:                      5/2/2020 09:15 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Michelle Davis,Psych Tech (5/2/2020 09:22 PDT)
Sign Information:                       Michelle Davis,Psych Tech (5/2/2020 09:22 PDT)
Authentication Information:             Michelle Davis,Psych Tech (5/2/2020 09:22 PDT)

I/P complaining of hand pain 10/10 with swelling. I/P states his hand was struck with a baton at some time in the recent past,
and is threatening to go man down if he is not taken to see the doctor.
According to chart notes I/P was seen yesterday by block RN Bu for this complaint.
This writer called TTA and gave report to RN Lori. I/P will be seen by TTA RN cellside.
Electronically Signed on 05/02/2020 09:22 AM PDT

Michelle Davis, Psych Tech, Psych Tech

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.