UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE A. JARAMILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>T. TAPPAN,<br><br>            Defendant. | No.  2:22-cv-0075-WBS-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendant Tappan requests a 30-day extension of time to file a responsive pleading.

Defendant Tappan's request (ECF No. 26) is granted and defendant has until June 15, 2022, to respond to plaintiff's complaint.

So ordered.

Dated:  May 17, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE