Case 2:22-cv-00075-WBS-EFB   Document 31   Filed 07/19/22   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIE A. JARAMILLO,<br><br>           Plaintiff,<br><br>      v.<br><br>T. TAPPAN et al.,<br><br>           Defendants. | No.  2:22-cv-0075-WBS-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He again requests that the court appoint him counsel.

District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an attorney to voluntarily to represent such a plaintiff. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered those factors, the court finds there are no exceptional circumstances in this case.

/////

1

1    Accordingly, IT IS ORDERED that plaintiff's request for the appointment of counsel
2 (ECF No. 30) is DENIED.
3 Dated: July 18, 2022.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE