IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDIE ANTHONY JARAMILLO,** | Case No. 2:22-cv-00075 WBS EFB |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **T. TAPPAN,** | |
| Defendant. | |

Good cause having been shown, Defendant's request for extension of time to file an opposition to Plaintiff's motion for summary judgment is GRANTED. Defendant's request for a corresponding extension of time to submit a copy of the video to the Court along with the opposition is also GRANTED. Defendant shall have up to and including August 9, 2023, to file an opposition to Plaintiff's motion for summary judgment and to submit a copy of the video to the Court along with the opposition.

Dated: July 28, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE